IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL C. BRANTLEY,<br>    Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 13-6213 |
| CAROLYN W. COLVIN,<br>Acting Commissioner of the<br>Social Security Administration,<br>    Defendant. | :<br>:<br>: | |

## ORDER

AND NOW, this 19th day of August, 2015, upon careful and independent consideration of the administrative record, the brief in support of review filed by Plaintiff, Defendant's response thereto, and Plaintiff's reply thereto (Doc. Nos. 11, 15 & 17), and after review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, it is hereby **ORDERED** that:

1.  The Report and Recommendation is **APPROVED** and **ADOPTED**;

2.  Plaintiff's request for review is **GRANTED** to the extent that the matter is **REMANDED** to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Magistrate Judge's Report; and

3.  The decision of the Commissioner is **REVERSED** for the purposes of this remand only.

BY THE COURT:

/s/ William Ditter Jr.
J. WILLIAM DITTER, JR.,                J.